AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

SARAH PARKER
Plaintiff,

V.

CITY OF FORT DEPOSIT, ALABAMA,
OFFICER BEN TURNER, Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07cv1129-SRW

TO: (Name and address of Defendant)

Officer Ben Turner
Police Department
Town of Fort Deposit
Highway 185 West
Fort Deposit, Alabama 36032

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jay Lewis
Law Offices of Jay Lewis, L.L.C.
P.O. Box 5059
Montgomery, Alabama 36103

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                              1/3/08

CLERK                                                         DATE

(By) DEPUTY CLERK