**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Officer Ben Turner
Police Department
Town of Fort Deposit
Highway 185 West
Fort Deposit, Alabama 36032

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____    □ Agent
                           □ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?    □ Yes
   If YES, enter delivery address below:         □ No

3. Service Type
   □ Certified Mail    □ Express Mail
   □ Registered        □ Return Receipt for Merchandise
   □ Insured Mail      □ C.O.D.

4. Restricted Delivery? (Extra Fee)             □ Yes

2. Article Number
   (Transfer from service label)

7003 3110 0003 7316 7365

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540