IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SARAH PARKER, | * | |
|    Plaintiff, | * | |
| | * | |
|    v. | * | Civil Case No. 2:07-cv-1129-SRW |
| | * | |
| CITY OF FORT DEPOSIT, ALABAMA, | * | |
| OFFICER BEN TURNER, | * | |
|    Defendants. | * | |

CONFLICT DISCLOSURE STATEMENT

COMES NOW Plaintiff in the above-styled matter and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3027:

This party is an individual.

Respectfully submitted this the _14th___day of January, 2008.

/s/ Jay Lewis
JAY LEWIS
P.O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 832-4390
[J-lewis@jaylewislaw.com](mailto:J-lewis@jaylewislaw.com)
ASB-2014-E66J
Counsel for Plaintiff

1

## CERTIFICATE OF SERVICE

      I hereby certify that I have served the foregoing on the following parties and/or counsel by CM/ECF or by placing a copy of the same in the United States mail, postage prepaid and properly addressed, on this __14th__ day of January. 2008.

Rick Howard
Nix, Holtsford, Gilliland,
  Higgins & Hitson, P.C.
P.O. Box 4128
Montgomery, AL 36103-4128

        /s/ Jay Lewis
        JAY LEWIS
        P.O. Box 5059
        Montgomery, AL 36103
        Phone: (334) 263-7733
        Fax: (334) 832-4390
        J-lewis@jaylewislaw.com
        ASB-2014-E66J