IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SARAH PARKER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Case No. 2:07-CV-1129-SRW |
| | * | |
| CITY OF FORT DEPOSIT, ALABAMA, | * | |
| OFFICER BEN TURNER, | * | |
| | * | |
| Defendants. | * | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW City of Fort Deposit, Alabama, a defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but no trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

| Reportable Entity | Relationship to Party |
|---|---|
| Fletcher Fountain, Sr. | City of Fort Deposit Mayor |
| Cynthia Jones | City of Fort Deposit Clerk |
| Travis Foster | City of Fort Deposit Council Member |
| Jacquline Boone | City of Fort Deposit Council Member |
| Bryan Hare | City of Fort Deposit Council Member |
| Elbert L. Means | City of Fort Deposit Council Member |
| Irish Simmons | City of Fort Deposit Council Member |
| Arlene Richardson | City of Fort Deposit City Attorney |
| Ben Turner | City of Fort Deposit Police Chief |

/s/ Rick A. Howard
Alex L. Holtsford, Jr. (HOL048)
Rick A. Howard (HOW045)
April W. McKay (WIL304)
Attorneys for Defendant

OF COUNSEL:

Nix Holtsford Gilliland Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, Alabama 36103
(334) 215-8585
(334) 215-7101 - facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing by placing a copy of the same in the U.S. Mail, properly addressed and postage prepaid upon:

Jay Lewis
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, Alabama 36103

on this the 22 day of January, 2008.

/s/ Rick A. Howard
OF COUNSEL