IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SARAH PARKER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Case No. 2:07-CV-1129-SRW |
| | * | |
| CITY OF FORT DEPOSIT, ALABAMA, | * | |
| OFFICER BEN TURNER, | * | |
| | * | |
| Defendants. | * | |

## REPORT OF PARTIES' PLANNING MEETING

I.  Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on January 24th, 2008, and was attended by:

Jay Lewis for Sarah Parker

Rick Howard and April McKay for City of Fort Deposit, Alabama and Chief Ben Turner

II. Pre-Discovery Disclosures

The parties will exchange initial disclosures required by Fed. R. Civ. P. 26(a)(1) within twenty-one days after the scheduling order has been entered.

III. Discovery Plan

The parties jointly propose to the Court the following discovery plan:

a.  All discovery commenced in time to be completed by December 31, 2008;

b.  Maximum of 30 interrogatories and 30 request for production by each party to the other party; response are due 30 days after service.

c.  Maximum of 30 requests for admissions by each party to the other party; responses due 30 days after service;

d.  Maximum of 10 depositions by Plaintiff and 10 depositions by Defendants.

e.  Each deposition will not exceed four hours unless agreed to by the parties.

f.  Reports from retained experts under Rule 26(a)(2) due:

    From Plaintiff :    July 1, 2008

    From Defendants:    August 15, 2008

IV. Other Items

a.  Parties do not request a conference with the Court before entry of the scheduling order;

b.  The parties request a pretrial conference in February 2009.

c.  Plaintiffs will be allowed until May 1, 2008 to join additional parties and until May 1, 2008, to amend pleadings.

d.  Defendants shall be allowed until June 15, 2008, to join additional parties and until June 15, 2008, to amend pleadings.

e.  All potentially dispositive motions should be filed by December 1, 2008.

f.  Final list of witness and exhibits under Rule 26(a)(3) should be due:

    Plaintiff's exhibit list - February 2, 2009

    Plaintiff's witness list - February 2, 2009

    Defendant's exhibit list - February 2, 2009

    Defendant's witness list - February 2, 2009

g.  Parties should have ten days after service of final list of witnesses and exhibits to list an objection under Rule 26(a)(3).

h.  The case should be ready for trial by March, 2009, and is expected to take approximately 3 days.

Dated: January 24, 2008

/s Rick A. Howard
Alex L. Holtsford, Jr. (HOL048)
Rick A. Howard (HOW045)
April W. McKay (WIL304)
Attorneys for Defendant

OF COUNSEL:

Nix Holtsford Gilliland
      Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, Alabama 36104
334-215-8585

/s Jay Lewis
Jay Lewis (ASB2014E66J)

OF COUNSEL:

Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, Alabama 36103