IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SARAH PARKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv1129-SRW |
| ) | |
| CITY OF FORT DEPOSIT, ALABAMA, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Report of Rule 26(f) planning meeting was filed on January 24, 2008. The undersigned Magistrate Judge cannot proceed with this case without written consents from all parties. Accordingly, it is

ORDERED that the parties are DIRECTED to execute and file, on or before March 3, 2008 either the attached form consenting to Magistrate Judge jurisdiction or the form requesting reassignment to a District Judge.[1] If the court does not receive written consent from both parties before March 3, 2008, this case will be reassigned to a District Judge.

DONE, this 20th day of February, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] This order supersedes any notice the parties may have received from the Clerk of the Court regarding consent to Magistrate Judge jurisdiction. Any party to the lawsuit has the right to decline assignment of this case to a Magistrate Judge and to request random reassignment of this case to a District Judge for all purposes including trial and the entry of final judgment. The Magistrate Judge will not be advised of the identity of any party requesting reassignment.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

_____, )
                                )
        Plaintiff(s),            )
                                )
v.                              )     CIVIL ACTION NO. _____
                                )
_____, )
                                )
        Defendant(s).            )

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_____     _____
        Date                                Signature

                                    _____
                                    Counsel For (**print** name of all parties)

                                    _____
                                    Address, City, State Zip Code

                                    _____
                                    Telephone Number

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

_____, )
                                )
        Plaintiff(s),            )
                                )
v.                              )        CIVIL ACTION NO. _____
                                )
_____, )
                                )
        Defendant(s).            )

**REQUEST FOR REASSIGNMENT OF CASE
TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the Magistrate Judge's exercise of civil jurisdiction in this case. The undersigned party requests reassignment of this case to a United States District Judge.

_____     _____
    Date                                Signature

                                _____
                                Counsel For (**print** name of all parties)

                                _____
                                Address, City, State Zip Code

                                _____
                                Telephone Number