IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2008 FEB 22 A 9:51

Sarah Parker,  )
                         )
     Plaintiff(s),       )
                         )
v.                       )       CIVIL ACTION NO. 2:07-CV-1129-SRW
                         )
City of Fort Deposit, AL, et al., )
                         )
     Defendant(s).       )

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

2/21/08                              /s/ Jay Lewis
-------                              ---------------------
Date                                 Signature

                                     Sarah Parker
                                     ---------------------
                                     Counsel For (**print** name of all parties)

                                     P.O. Box 5059, Montgomery, AL 36103
                                     ---------------------
                                     Address, City, State Zip Code

                                     334-263-7733
                                     ---------------------
                                     Telephone Number

2