IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SARAH PARKER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Case No. 2:07-CV-1129-SRW |
| | * | |
| CITY OF FORT DEPOSIT, ALABAMA, | * | |
| OFFICER BEN TURNER, | * | |
| | * | |
| Defendants. | * | |

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. §636(c), the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

February 20, 2008
**Date**

Rick A. Howard (HOW045)
Counsel for Fort Deposit & Ben Turner
P.O. Box 4128
Montgomery, Alabama 36103
334-215-8585